**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JOHN MCQUILLAN and
JANE MCQUILLAN,

Civil No. 01-427 (DWF/AJB)

Plaintiffs,

v.

**ORDER**

SHARPE CAPITAL, INC.,
JAMES MICHAEL PEPIO and
LANNY TODD FRIED,

Defendants.

---

Scott Bowman, Esq, and Kristin Sankovitz, Esq., Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, counsel for Plaintiffs.

---

Upon examination of the file in this matter and the documents contained therein, the Court has determined that more than 120 days have elapsed since suit was filed. The Federal Rules of Civil Procedure and the Local Rules of this District require that the Complaint and Summons be served upon the defendant within 120 days of filing of the Complaint, and that thereafter an Answer or other pleading be filed. The Court does not permit counsel to extend the time for filing an Answer or other pleading by agreement, although an initial motion for extension of time will be favorably considered by the Court in the absence of any objection by opposing counsel.

Accordingly, counsel for Plaintiffs is directed to:

1. Immediately serve the Complaint and Summons upon the Defendants, if this has not yet occurred.

Filed AUG 13 2001
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

2. Immediately notify defense counsel of the requirement that counsel appear by filing the pleading or move for an extension of time for filing; or

3. File an application for entry of default judgment unless the required pleading is filed within the time allowed by the rules; or

4. Advise the Court in writing if good cause exists for noncompliance with the terms of this Order.

Unless Plaintiffs' counsel complies with this Order within 30 days of this date, this case will be dismissed for lack of prosecution.

Dated: August 13, 2001

DONOVAN W. FRANK
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500